UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY TRAYVON D.,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:23-cv-01726-WLH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of the United States Magistrate Judge ("R&R," Docket No. 22). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motion for "Judgment in Support of Complaint" (Docket No. 15) be denied and judgment be entered affirming the decision of the Commissioner denying benefits.

DATED: January 23, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE