JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY TRAYVON D., | Case No. 2:23-cv-01726-WLH-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation (Docket No. 22), pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed.  Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

DATED:  January 23, 2024

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE